FILED

07/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0300



**IN THE SUPREME COURT OF THE
STATE OF MONTANA**

**Case No. 23-0300**

IN THE MATTER OF THE ESTATE OF

REBEKAH GRACE BARSOTTI,

Deceased.

---

***ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO FILE APPELLANTS' OPENING BRIEF***

---

On Appeal from the Montana Fourth Judicial District Court Missoula County,
Cause No. DP-22-127
Before Hon. Jason Marks

---

Quentin M. Rhoades
Rhoades & Erickson PLLC
430 Ryman St
Missoula, Montana 59802
Telephone: (406) 721-9700
courtdocs@montanalawyer.com
*Attorney for Angela Mastrovito,
Appellant and Claimant*


Walter Congdon
Mineral County Attorney
300 River St
Superior, MT 59872
wcongdon@co.mineral.mt.us

*Attorney for Interested Party*

Julie R. Sirrs
Shelby K. Towe
Boone Karlberg P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
jsirrs@boonekarlberg.com
stowe@boonekarlberg.com
*Attorneys for Appellee David Barsotti
as Personal Representative for
Rebekah Grace Barsotti*

Appellants, having filed their Motion for Extension of Deadline to File

Appellants' Opening Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellants' Motion is GRANTED. Appellants'

Opening Brief shall be due on August 25, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 28 2023